UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

EDWARD WILLIAMS

    Plaintiff(s)

Case No. 19-10283-DML-APP

HON. David M. Lawson

Magistrate Judge Anthony P. Patti

v.

ANDREOPOULOS & HILL, LLC et al

    Defendant(s)

_____/

## ORDER DIRECTING RE-SERVICE OF PLAINTIFF'S COMPLAINT

It has previously been determined that plaintiff may proceed without prepayment of fees and the Court has previously ordered service, but service has been unexecuted as to defendant, **Megan Mulder.**

**THEREFORE, IT IS HEREBY ORDERED** that the United States Marshal re-serve a copy of the complaint, waiver or summons and this order upon Megan Mulder without payment of the usual costs for such service. The U.S. Marshal is expressly authorized to collect in any appropriate manner, from plaintiff, after effecting service the usual and customary costs for such service.

Date: April 13, 2021

s/Anthony P. Patti
Anthony P. Patti
U.S. Magistrate Judge