UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD WILLIAMS,

    Plaintiff,

v.

ANDREOPOULOS & HILL,
LLC, et al.,

    Defendants.
_____/

Case No. 2:19-cv-10283
District Judge David M. Lawson
Magistrate Judge Anthony P. Patti

# ORDER ADDRESSING PLAINTIFF'S APRIL 23, 2021 FILING (ECF NO. 77)

On May 13, 2021, the Clerk of this Court docketed Plaintiff's April 23, 2021 request for an extension of time. (ECF No. 77.) Upon consideration, no further ruling is needed. The Court is mindful of Plaintiff's allegations regarding the pandemic's effect upon the ADOC's Staton Correctional Facility's law library (*i.e.*, it is being used for medical treatment, allegedly due to conditions at Draper Correctional Facility, Kilby Correctional Facility, and perhaps even an Alabama county jail). (ECF No. 77, PageID.457.) However, even if Plaintiff cannot enter Staton's law library "unless it is clear of medical staff[,]" (*id.*), the Court's May 12, 2021 order explains that Plaintiff's March 18, 2021 response (ECF No. 67) "should suffice for the Court's consideration of the pending motions to dismiss[.]" (ECF No. 76, PageID.452.)

1

Objections to this order are governed by 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72, and E.D. Mich. LR 72.1(d).

Dated: May 26, 2021

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE