UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD WILLIAMS,

                Plaintiff,

v.

ANDREOPOULOS & HILL, L. LOUIS
ANDREOPOULOS, DAVID T. HILL,
JOSEPH AWADA, MEGAN MULDER,
TODD RUTLEDGE, BRIAN J. WAGNER,
EVAN PAPPAS, FANCY YALDO, AMANDA
ARAFAT, SALLY KAYE RAHN, DAVID
AYYASH, KRISTINA BREWART, JULES
PALM, S. K. RAHN, MICHELLE HUNTOON,
KYLE BRYANT, JON COSTIGAN,
ZENANAJI, LYNN CZUBAY, HAWRAA
AL-ARIDHT, FERNANDEZ DEZES,
ROBERT J. COLOMBO, JR., ALAN M.
GERSHEL, CYNTHIA C. BULLINGTON,
ROBERT HAMMER, and RHONDA RAINES,

                Defendants.

Case Number 19-10283
Honorable David M. Lawson
Magistrate Judge Anthony P. Patti

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTIONS FOR DEFAULT JUDGMENT, SUMMARY JUDGMENT, AND REQUEST FOR ORDER TO SHOW CAUSE

Presently before the Court is the report issued on May 5, 2021 by Magistrate Judge Anthony P. Patti under 28 U.S.C. § 636(b), recommending that the Court deny the plaintiff's motions seeking an order to show cause, entry of default judgment, and entry of summary judgment as to defendants Robert Hammer and Joseph Awada. Although the report stated that the parties to this action could object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object

to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the Magistrate Judge's report and recommendation (ECF No. 75) is **ADOPTED**.

It is further **ORDERED** that the plaintiff's motions for an order to show cause, entry of default judgment, and entry of summary judgment (ECF Nos. 73, 74) are **DENIED.**

It is further **ORDERED** that the referral of the matter to the assigned magistrate judge is **CONTINUED** under the previously issued order of reference (ECF No. 7).

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated: June 3, 2021