UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD EUGENE WILLIAMS,

        Plaintiff,

v.

ANDREOPOULOS & HILL, *et al*.,

        Defendants.

Case No. 2:19-cv-10283
District Judge David M. Lawson
Magistrate Judge Anthony P. Patti

_____/

## ORDER REGARDING SERVICE UPON ELEVEN DEFENDANTS

**A.    Plaintiff's complaint lists twenty-six Defendants.**

Edward Eugene Williams is currently incarcerated at the Alabama Department of Corrections (ADOC) Staton Correctional Center. (ECF No. 11.) Williams filed the instant matter *in pro per* on January 29, 2019 against a multitude of Defendants, most of whom are described as associated with Andreopoulos & Hill's law office. (ECF No. 1, PageID.1-6.) Additionally, Plaintiff names Fernando G. Diaz, M.D. of the Michigan Head & Spine Institute (MHSI), (now retired) Chief Judge Robert J. Colombo, Jr. of Wayne County Circuit Court, Alan M. Gershel of Michigan's Attorney Grievance Commission (AGC), Cynthia C. Bullington of Michigan's AGC, Robert Hammer of Philadelphia Insurance

Company, and Rhonda Raines of ADOC's central records. (ECF No. 1, PageID.6-7.)[1]

### B. Twenty-two Defendants remain in the case, but only eleven have formally appeared via counsel.

On July 9, 2021, Judge Lawson granted Defendants Gershel, Bullington, Diaz, and Colombo's motions to dismiss. (ECF No. 94.) Of the remaining twenty-two Defendants, counsel have entered appearances on behalf eleven Defendants – Andreopoulos & Hill, Andreopoulos, Hill, Wagner, Yaldo, Rahn, Ayyash, Brewart, Bryant, and Czubay (ECF Nos. 37-47) and Mulder (ECF No. 81). However, eight Defendants have yet to appear, and the status of three Defendants is unclear (*see* ECF No. 56, 57, 58, 69).[2]  As best the Court can tell:

- <u>Hammer, Awada, and Raines do not seem to be employees of the law firm</u>; instead, it seems that Defendant Hammer is a claims specialist at Philadelphia Insurance Companies, Defendant Awada is a chiropractor (ECF No. 75, PageID.442-443), and Raines is located at the ADOC (ECF No. 1, PageID.7). The USMS's attempt to serve Hammer (in Troy, MI), Raines (in Montgomery, AL), and Awada (at Andreopoulos & Hill) were returned unexecuted (ECF Nos. 56,

---

[1] The Court assumes that Plaintiff intended to name the law firm itself as a Defendant, because it is listed in the complaint's caption, as well as the twenty-six Defendants listed within the form complaint (ECF No. 1, PageID.1-7), yet assumes that Sally Kaye Rahn and S. K. Rahn are the same person (*see* ECF No. 27, PageID.125, 129; ECF Nos. 44, 45).

[2] Although counsel for several of the law firm Defendants docketed the August 4, 2021 response (ECF No. 96) to include Defendants Arafat, Huntoon, and Al-Aridht, counsel has not filed an appearance on behalf of these individuals.

2

    58, 69).  In June 2021, the Clerk of the Court denied Plaintiff's request for entry of default, because "[n]o summons [had been] returned executed as [to] Awada, Hammer, and Raines."  (ECF No. 89, PageID.531.)

- <u>Todd Rutledge and Evan Pappas</u> are attorneys as to whom the USMS unsuccessfully attempted service at Andreopoulos & Hill (ECF No. 57, PageID.286-287, 290-291) but each of whom appear to be employed by other law firms (*see* www.michbar.org, "Member Directory").

- <u>Michelle Huntoon, Amanda Arafat, Jon Costigan, Hawaa Al-Aridht, Jules Palm, and Zenanji</u> are identified in Plaintiff's complaint as associated with Andreopoulos & Hill (ECF No. 1, PageID.4-6), but the U.S. Marshal Services's attempts at service by mail were returned to sender as "no longer here," (*see* ECF No. 57, PageID.284-285, 288-289, 292-293, 296-301).

In light of Plaintiff's *in forma pauperis* status (ECF No. 5) and the age of this case, the Court will enter an order to facilitate service upon the eleven remaining but yet-to-appear Defendants.

    **C.**    **Order**

Upon consideration, the Court orders as follows:  **(1)** no later than **October 12, 2021**, Plaintiff **SHALL** show cause, in writing, as to why the claims against Defendants Hammer and Raines should not be dismissed for failure to provide the Court with an accurate address; **(2)** the U.S. Marshal **SHALL** promptly attempt service upon Joseph Awada at the address set forth in my report and recommendation – 7001 Wyoming Street, Dearborn, MI 48126 (ECF No. 75),

3

Todd Rutledge at the address listed in the Michigan Bar Journal (26400 Lahser Rd Ste 125, Southfield, MI 48033-2607), and Evan Pappas at the address listed in the Michigan Bar Journal (28588 Northwestern Hwy Ste 100, Southfield, MI 48034-8335); and, **(3)** no later than **October 5, 2021**, counsel for Andreopoulos & Hill **SHALL** inform the Court as to whether Michelle Huntoon, Amanda Arafat, Jon Costigan, Hawaa Al-Aridht, Jules Palm, and Zenanji were or are employees of his client, and, if they were, counsel shall further inform the Court **(a)** whether he will accept service of a complaint and summons on behalf of any of these individuals or, if not, **(b)** he shall provide the Court with their last known addresses under seal.

    **IT IS SO ORDERED.**

Dated: September 21, 2021

                                        Anthony P. Patti
                                        UNITED STATES MAGISTRATE JUDGE