UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD WILLIAMS,

        Plaintiff,

v.

ANDREOPOULOS & HILL, L. LOUIS
ANDREOPOULOS, DAVID T. HILL,
JOSPEH AWADA, MEGAN MULDER,
TODD RUTLEDGE, BRIAN J. WAGNER,
EVAN PAPPAS, FANCY YALDO, AMANDA
ARAFAT, SALLY KAYE RAHN, DAVID
AYYASH, KRISTINA BREWART, JULES
PALM, S. K. RAHN, MICHELLE HUNTOON,
KYLE BRYANT, JON COSTIGAN,
ZENANAJI, LYNN CZUBAY, HAWRAA
AL-ARIDHT, ROBERT HAMMER, and
RHONDA RAINES,

        Defendants.
_____/

Case Number 19-10283
Honorable David M. Lawson
Magistrate Judge Anthony P. Patti

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION TO DISMISS

Presently before the Court is the report issued on November 10, 2021 by Magistrate Judge Anthony P. Patti pursuant to 28 U.S.C. § 636(b), recommending that the Court grant defendant Megan Mulder's motion to dismiss. The deadline for filing objections to the report has passed, and no objections have been filed. The plaintiff's failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

- 2 -

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 109) is **ADOPTED**.

It is further **ORDERED** that defendant Megan Mulder's motion to dismiss (ECF No. 84) is **GRANTED**.

It is further **ORDERED** that all claims against defendant Megan Mulder **ONLY** are **DISMISSED WITH PREJUDICE**.

                                                    s/David M. Lawson  
                                                   DAVID M. LAWSON  
                                                   United States District Judge

Dated:   December 13, 2021