UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD WILLIAMS,

              Plaintiff,

v.

ANDREOPOULOS & HILL, L. LOUIS
ANDREOPOULOS, DAVID T. HILL,
JOSPEH AWADA, TODD RUTLEDGE,
BRIAN J. WAGNER, EVAN PAPPAS,
FANCY YALDO, AMANDA ARAFAT,
SALLY KAYE RAHN, DAVID AYYASH,
KRISTINA BREWART, JULES PALM,
S. K. RAHN, MICHELLE HUNTOON,
KYLE BRYANT, JON COSTIGAN,
ZENA NAJI, LYNN CZUBAY, HAWRAA
AL-ARIDHT, ROBERT HAMMER, and
RHONDA RAINES,

              Defendants,

and

EDWARD WILLIAMS,

              Cross-Plaintiff,

v.

WENDY POTTS,

              Cross-Defendant,

and

EDWARD WILLIAMS,

              Cross-Plaintiff,

v.

WENDY M. BAXTER and
LESLIE KIM SMITH,

              Cross-Defendants,
_____/

Case Number 19-10283
Honorable David M. Lawson
Magistrate Judge Anthony P. Patti

**ORDER ADOPTING REPORT
AND RECOMMENDATION,
DISMISSING WITHOUT
PREJUDICE CLAIMS AGAINST
DEFENDANTS HUNTOON AND
NAJI, AND DENYING AS MOOT
DEFENDANTS HUNTOON'S
AND NAJI'S MOTION TO
DISMISS**

**ORDER ADOPTING REPORT AND RECOMMENDATION,
DISMISSING WITHOUT PREJUDICE CLAIMS AGAINST
DEFENDANTS HUNTOON AND NAJI, AND DENYING AS MOOT
DEFENDANTS HUNTOON'S AND NAJI'S MOTION TO DISMISS**

Presently before the Court is the report issued on April 15, 2022 by Magistrate Judge Anthony P. Patti pursuant to 28 U.S.C. § 636(b) regarding defendants Michelle Huntoon's and Zena Naji's motion to dismiss. The report recommends that the Court construe the plaintiff's responses as motions to voluntarily dismiss defendants Huntoon and Naji, grant said motions, and deny Huntoon's and Naji's motion to dismiss as moot. The deadline for filing objections to the report has passed, and no objections have been filed. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 138) is **ADOPTED**.

It is further **ORDERED** that plaintiff's responses to the motion to dismiss by defendants Huntoon and Naji (ECF Nos. 133, 134) shall be construed as motions to voluntarily to dismiss Huntoon and Naji pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and that said motions are **GRANTED**.

It is further **ORDERED** that all claims against defendants Huntoon and Naji are **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that the motion to dismiss by defendants Huntoon and Naji (ECF

No. 120) is **DENIED as moot**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:  May 5, 2022